IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES D. SCHNELER, | : |
| | : |
| **Plaintiff,** | : |
| | : CIVIL ACTION |
| v. | : |
| | : No. 13-4370 |
| MARJORIE ZITOMER, et. al. | : |
| | : |
| **Defendants.** | : |

# ORDER

**AND NOW**, this 8th day of January 2015, upon consideration of defendants' motions to dismiss, doc. nos. 59, 62, 87 and 88, and plaintiff's responses thereto, doc. nos. 71, 90, 91 and 93, and upon further consideration of plaintiff's motions for leave to file an amended complaint, doc. nos. 72, 73, 80, 89 and 92, plaintiff's motions for reconsideration, doc. nos. 83 and 85, and defendants' responses thereto, doc. nos. 75, 84,

**IT IS HEREBY ORDERED** that:

1. The defendants' motions to dismiss, doc. nos. 59, 62, 87, and 88, are **GRANTED**;

2. Plaintiff's motions for leave to file an amended complaint, doc. nos. 72, 73, 80, 89 and 92, are **DENIED**;

3. Plaintiff's motions for reconsideration, doc. nos. 83 and 85, are **DENIED;**

4. This case is **DISMISSED with prejudice**;

5. The clerk is directed to mark this case **CLOSED**.

BY THE COURT

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.